UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **5:26-cv-01061-SB-CTS** Date: **August 6, 2026**

Title **Ana Larios v. Commissioner of Social Security**

Present: The Honorable CHRISTINA T. SHAY, United States Magistrate Judge

| Marina Moreno-Carrillo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): Second Order to Show Cause Re: Dismissal for Lack of Prosecution**

On March 6, 2026, Plaintiff Ana Larios ("Plaintiff") filed a complaint seeking review of the final decision denying her application for supplemental security income. ("Complaint," ECF No. 1.) On May 11, 2026, Defendant filed an answer and the Certified Administrative Record. (ECF No. 7.) Pursuant to the Supplemental Rules of Social Security Actions Under 42 U.S.C. § 405(g) ("Supplemental Rules"), Plaintiff's opening brief was due June 10, 2026. *See* Supp. R. 6. On June 25, 2026, the Court ordered Plaintiff to show cause why the Court should not recommend dismissal for failure to prosecute, no later than July 26, 2026. (ECF No. 9.) To date, Plaintiff has not filed her brief. The Court gives Plaintiff one final opportunity to do so.

Plaintiff is again **ORDERED TO SHOW CAUSE**, in writing, why the Court should not recommend that this case be dismissed for failure to prosecute, **no later than 30 days after the date of entry of this order**. If Plaintiff files a brief on or before that date, this and the previous Order to Show Cause will be discharged, and no additional action needs to be taken.

**Plaintiff is cautioned that failure to respond to this Order will result in a recommendation that the Complaint be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). *See* C.D. Cal. L.R. 41-1.**

It is so ordered.